■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID K. HENDER, Appellant.—Appeal from a judgment of the County Court of Otsego County (Mogavero, Jr., J.), rendered April 4, 1988, convicting defendant upon his plea of guilty of the crime of robbery in the second degree.

Appeal dismissed (see, People v Lester, 137 AD2d 871, lv denied 71 NY2d 898; People v Harvey, 124 AD2d 943, lv denied 69 NY2d 746). Casey, J. P., Mikoll, Yesawich, Jr., Levine and Mercure, JJ., concur.